UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC dba ZeekRewards.com**

    Plaintiff,

v.                                  Case No: 5:21-mc-11-JSM-PRL

**TODD DISNER, TRUDY GILMOND, TRUDY GILMOND, LLC, JERRY NAPIER, DARREN MILLER, RHONDA GATES, DAVID SORRELLS, INNOVATION MARKETING, LLC, AARON ANDREWS, SHARA ANDREWS, GLOBAL INTERNET CORPORATION, T. LEMONT SILVER, KAREN SILVER, MICHAEL VAN LEEUWEN, DURANT BROCKETT, DAVID KETTNER, MARY KETTNER, P.A.W.S. CAPITAL MANAGEMENT LLC, LORI JEAN WEBER and ZEEKREWARDS.COM,**

    Defendants.

## ORDER

Before the court is Plaintiff's motion for appointment of a process server. (Doc. 7). On September 16, 2021, the court granted Plaintiff's motions for writ of garnishment (Docs. 2,3,4) and the Clerk issued the writs of garnishment on September 17, 2021. (Docs. 5,6). Plaintiff now requests that the court appoint ABC Legal to serve the writs on the garnishees.

Pursuant to Rule 4.1(a) of the Federal Rules of Civil Procedure, "[p]rocess—other than a summons under Rule 4 or a subpoena under Rule 45—must be served by a United States marshal or deputy marshal or by a person specially appointed for that purpose." Here, Plaintiff requests the appointment of a special process server due to the limited resources and time constraints of the U.S. Marshals Service.

Upon due consideration, Plaintiff's motion (Doc. 7) is **GRANTED**. *See Sumner v. Garner,* No. 6:18-CV-40-ORL-28GJK, 2019 WL 6716193, at *2 (M.D. Fla. Dec. 9, 2019) (granting the request to appoint a special process server to serve a writ of garnishment); *Francois v. Washmonbo, Inc.*, No. 05-23368-CIV, 2008 WL 2694752, at *2 (S.D. Fla. July 8, 2008) (appointing special process server to serve writ of garnishment). The court appoints any agent or employee of ABC Legal, who is otherwise legally permitted to effectuate service of process, as special process server to serve the writs of garnishment on the garnishees (Docs. 5, 6).

**DONE** and **ORDERED** in Ocala, Florida on September 23, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties