UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KENNETH D. BELL and
NATIONWIDE JUDGMENT
RECOVERY, INC., in his capacity as
court-appointed Receiver for Rex
Venture Group, LLC dba
ZeekRewards.com

 Plaintiffs,

v.                Case No: 5:21-mc-11-JSM-PRL

TODD DISNER, TRUDY GILMOND,
TRUDY GILMOND, LLC, JERRY
NAPIER, DARREN MILLER,
RHONDA GATES, DAVID
SORRELLS, INNOVATION
MARKETING, LLC, AARON
ANDREWS, SHARA ANDREWS,
GLOBAL INTERNET
CORPORATION, T. LEMONT
SILVER, KAREN SILVER, MICHAEL
VAN LEEUWEN, DURANT
BROCKETT, DAVID KETTNER,
MARY KETTNER, P.A.W.S.
CAPITAL MANAGEMENT LLC,
LORI JEAN WEBER and
ZEEKREWARDS.COM,

 Defendants.

## Order

This matter is before the Court on the motions of Nationwide Judgment Recovery, Inc., as assignee of Plaintiff Matthew E. Orso, in his capacity as court-appointed successor receiver for Rex Venture Group, LLC, d/b/a/ ZeekRewards.com ("Plaintiff") for issuance of writs of garnishment as to JPMorgan Chase Bank, N.A. (Doc. 11) and Wells Fargo Bank, N.A. ("Garnishees.") (Doc. 12).. On August 14, 2017, Plaintiff obtained a judgment in the

United States District Court for the Western District of North Carolina against each member of a Defendant class, including Defendant Joni Michael in the amount of $14,570.96. (Doc. 1).

On April 28, 2021, Plaintiff registered the judgment with this Court. (Doc. 1). There remains due and owing $14,570.96, plus post-judgment interest. Now, Plaintiff moves for the writs of garnishment and suggests that each Garnishee may have in its possession and control certain monies or property belonging to Defendant Joni Michael sufficient to satisfy the judgment in whole or in part. Pursuant to Fed. R. Civ. P. 69, the Court must follow state law regarding garnishment procedures. *See* Fed. R. Civ. P. 69. Chapter 77 of the Florida Statutes prescribes the procedure for issuance and enforcement of writs of garnishment.

Accordingly, upon due consideration, Plaintiff's motions for issuance of writ of garnishment (Docs. 11 & 12) are **GRANTED**, and the Clerk is directed to issue the Writs of Garnishment (including the Notice and Claim of Exemption) attached to each motion. (Docs. 11-1, 12-1). Plaintiff must fully comply with all notice requirements of §77.041, Florida Statutes.

**DONE** and **ORDERED** in Ocala, Florida on February 11, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties